UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF NORTH CAROLINA
CERTIFICATION OF ADR SESSION

FILED
STATESVILLE, N.C.

5:08cv 91-V FEB 1 0 2009

U.S. DISTRICT COURT
W. DIST. OF NC

Kimberly Nitzu,
    Plaintiff,

v.                      Case No: 5:08-cv-0091

Town of Mooresville,
    Defendant.

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process.

The ADR session was:

__x__ Mediation Session held on 1-14-09

____ Early Neutral Evaluation Session

____ Settlement Officer

____ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

__x__ All individual parties and their counsel.

____ Designated corporate representatives

__x__ Required claims professionals

____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

The outcome of the ADR session was:

_x_ The case has been completely settled at mediation, subject to approval by the Town Board. Counsel for Defendant notified the mediator that the Board approved the settlement. Counsel will promptly notify the Court of settlement by the filing of a stipulation of dismissal signed by the parties.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

___ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process and that all parties have received a copy of this report.

M. Ann Anderson  
Mediator

February 4, 2009

*M. Ann Anderson*  
M. Ann Anderson  
Attorney at Law  
Mediator  
State Bar No. 9677  
PO Box 93  
Pilot Mountain, NC 27041  
336-368-9621